**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

FEB 1 5 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

JAMES G. ARNOLD,                                 )
                                                 )
                  Plaintiff,                     )
                                                 )
        v.                                       )        Civil Action No. 10-1912
                                                 )
COMMISSIONER OF INTERNAL REVENUE,                )
                                                 )
                  Defendant.                     )

## MEMORANDUM OPINION

The Court has allowed the above-captioned action to be provisionally filed. Before the Court would consider the plaintiff's complaint and application to proceed *in forma pauperis*, plaintiff was directed to submit a certified copy of his trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of this complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined. 28 U.S.C. § 1915. To date, plaintiff has not submitted the required information. Accordingly, the Court will deny his application to proceed *in forma pauperis* and will dismiss the complaint without prejudice.

An Order accompanies this Memorandum Opinion.

DATE: *Feb. 10, 2011*

_____
United States District Judge